## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MARK DAGEL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO. |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, | ) |
| | ) |
|     Defendants. | ) |

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
## NOTICE OF REMOVAL

COME NOW, Defendant EQUIFAX INFORMATION SERVICES LLC ("Equifax") and files this Notice of Removal pursuant to 28 U.S.C. §§ 1441(b) and 1446(a) and in support thereof respectfully shows the Court as follows:

### Procedural Background

1.    Mark Dagel is the plaintiff.  Equifax is named as the defendant.

2.    On September 15, 2010, plaintiff filed a Complaint in the Magistrate Court of Fulton County, State of Georgia ("Magistrate Court Civil Action") alleging that Equifax reported false or erroneous information on plaintiff's credit reports in violation of the Fair Credit Reporting Act.

3. Equifax was served with Plaintiff's Complaint on September 27, 2010. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

## Grounds for Removal

4. The Magistrate Court Civil Action seeks damages for Equifax's alleged violations of the federal Fair Credit Reporting Act (15 U.S.C. § 1681 et. seq.) (*See* Complaint attached hereto as Exhibit A). Therefore, the Magistrate Court Civil Action is an action over which this Court has original federal question jurisdiction pursuant to 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1681p.

5. Removal of the State Court Civil Action is proper pursuant to 28 U.S.C. § 1441(b) because the State Court Civil Action is founded on a claim or right arising under the Constitution, treaties or laws of the United States.

## Compliance With Procedural Requirements

6. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed with this Court within thirty (30) days after defendant Equifax received a copy of plaintiff's pleading setting forth the claims for relief upon which plaintiff's action is based.

7. Pursuant to 28 U.S.C. § 1441(a) and N.D. Ga. L. R. 3.1(B), venue of the removal action is proper in the United States District Court for the Northern

District of Georgia because the county from which the State Court Civil Action is being removed lies within the Atlanta Division.

8.  Promptly after filing this Notice of Removal, Equifax shall give written notice of the removal to the plaintiff and will file a copy of this Notice of Removal with the Clerk of the Magistrate Court of Fulton County, State of Georgia, as required by 28 U.S.C. § 1446(d).

9.  Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon defendant Equifax in the Magistrate Court Civil Action are attached hereto as Exhibit A.

10.  Trial has not commenced in the Magistrate Court of Fulton County, State of Georgia.

WHEREFORE, Equifax Information Services, LLC respectfully prays that the Magistrate Court Civil Action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Dated: October 28, 2010                    Respectfully submitted,

                                                             EQUIFAX INFORMATION SERVICES LLC

                                 By:   s/ Cara L. Hergenroether _____
                                              Barry Goheen
                                              Georgia Bar No.
                                              Cara Hergenroether
                                              Georgia Bar No. 570753
                                              King and Spalding LLP
                                              1180 Peachtree Street
                                              Atlanta, Georgia 30309
                                              Phone: 404-572-4600
                                              Fax: 404-572-5100
                                              Email: bgoheen@kslaw.com
                                                       chergenroether@kslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day caused a true and correct copy of the within and foregoing NOTICE OF REMOVAL to be served by U.S. Mail with sufficient postage affixed to ensure delivery as follows:

David L. Walker, Jr.
Flint Connolly & Walker LLP
131 East Main Street
Canton, Georgia 30114
*Attorney for Plaintiff*

                /s/ Cara L. Hergenroether
                Cara Hergenroether
                Georgia Bar No. 570753
                King & Spalding LLP
                1180 Peachtree Street NE
                Phone: (404) 572-4600
                Fax:  (404) 572-5100
                Email:  chergenroether@kslaw.com
                *Attorney for Equifax Information Services LLC*