UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARK DAGEL, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| v. | ) | 1:10-cv-03497 |
| | ) | |
| EQUIFAX INFORMATION SERVICES, | ) | |
| LLC, | ) | |
| | ) | |
|     Defendant. | ) | |

## STIPULATION OF DISMISSAL

COME NOW Mark Dagel, Plaintiff, and Equifax Information Services, LLC, Defendant, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), jointly stipulate to the dismissal of the above-styled action with prejudice.

Respectfully submitted this 19th day of April, 2011.

(Signatures following)

FLINT, CONNOLLY & WALKER, LLP

/s/ Konrad G.W. Ziegler
_____

DAVID L. WALKER, JR.
Georgia Bar No. 731663
KONRAD G.W. ZIEGLER
Georgia Bar No. 178342
Attorneys for Mr. Mark Dagel

131 East Main Street
Canton, Georgia 30114
(770) 720-4411
(770) 720-3030 facsimile

KING & SPALDING, LLP

/s/ J. Anthony Love          (with express
                             permission)
_____

J. ANTHONY LOVE
Georgia Bar No.
Attorney for Equifax Information
Services, LLC

1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
(404) 572-4600
(404) 572-5100 facsimile